**STATE of Missouri, Respondent,**

v.

**Drake A. WATKINS, Appellant.**

**ED 100874**

Missouri Court of Appeals
Eastern District
DIVISION THREE

Filed: November 12, 2014

Scott Thompson, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Gregory L. Barnes, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before: Kurt S. Odenwald, P.J., Robert G. Dowd, Jr., J., and Gary M. Gaertner, Jr., J.

***ORDER***

PER CURIAM.

Drake Watkins appeals the judgment and sentence entered upon his conviction of domestic assault in the first degree. The State cross-appeals, arguing that the trial court erred in dismissing a charge of armed criminal action against Defendant. We have reviewed the briefs of the parties and the record on appeal and conclude that no reversible error occurred. An extend-ed opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b) (2014).